IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBRA ANAZONWU, at al.,

    Plaintiffs,

v.                                         Case No. 3:05cv147/MCR/EMT

NISSAN NORTH AMERICA, et al.,

    Defendants.
_____/

**O R D E R**

    This matter is before the Court upon Plaintiff's Response To Order to Show Cause.  (Doc. 7).  Plaintiff's counsel advises that Defendant Nissan North America, Inc. has been served; however, due to counsel's hurricane evacuation he is unable to provide the Court with any service documentation.  Likewise, counsel is unable to provide the Court with any documentation regarding efforts to serve Defendant Nissan Motor Corporation under the terms of the Hague Convention.  While the Court is aware of the extreme conditions in the New Orleans area, Plaintiff must file appropriate service documentation on one or both Defendant(s) in order for this cause of action to proceed.  Therefore, Plaintiff shall have ten (10) days from the date of entry of this order to file the appropriate service documentation.

    ORDERED on this 28th day of September, 2005.

                                            *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **United States District Judge**