**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEBRA ANAZONWU, et al.,
    Plaintiffs,

v.                                        Case No.: 3:05cv147/MCR/EMT

NISSAN NORTH AMERICA, INC.,
et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 25, 2006.  Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The discovery deadline is extended until July 15, 2006, the dispositive motion deadline is extended until July 30, 2006, and the trial remains set for the two-week trial period commencing on Monday, September 18, 2006.

    **DONE AND ORDERED** this 26th day of June, 2006.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE**