UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBRA ANAZONWU, et al.,

    Plaintiffs,

vs.                              CASE NO.: 3:05cv147/MCR/EMT

NISSAN NORTH AMERICA, INC.
and NISSAN MOTOR COMPANY, LTD.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to this court's Order dated July 13, 2006, this matter was stayed and administratively closed pending a decision by the United States District Court for the Middle District of Louisiana on whether the first-filed rule applies in this case. (See doc. 88). Now before the court is the parties' Joint Motion to Dismiss. (Doc. 90). Though the attorneys who signed on behalf of Defendants are not counsel of record in this action, the motion was electronically filed by record counsel, Michael Begey. The court will accept the motion on behalf of Plaintiffs and will grant dismissal as requested.

Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice, each party to bear their respective litigation and court costs. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 21st day of February, 2007.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**